# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROSA LILLIANA CAMPOS,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:06-cv-1252-Orl-31KRS**

**C&S DRYWALL COMPANY, INC.,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE UPON DEFENDANT, C&S DRYWALL COMPANY, INC. (Doc. No. 7)**
>
> **FILED:**      **December 19, 2006**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On August 22, 2006, Plaintiff Rosa Lilliana Campos filed a complaint against C&S Drywall Company, Inc. alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e), *et seq*. Doc. No. 1. A summons was issued for the defendant on August 22, 2006. Doc. No. 2. Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff is required to effect service of process on the defendant within 120 days after filing the complaint. The plaintiff has yet to effect service of process on the defendant. In the present motion, Campos requests an enlargement of time through January 8, 2007, to perfect service.

A court may extend the time for service of process provided that the plaintiff demonstrates good cause for her failure to comply with the time limit specified in the rule. It is well established that "[t]he 120 day mandate imposed by Rule 4([m]) was not meant to be enforced harshly or inflexibly." *Gambino v. Village of Oakbrook*, 164 F.R.D. 271, 274 (M.D. Fla. 1995).

After reviewing the plaintiff's motion for an extension of time, I find that the plaintiff has demonstrated good cause for her failure to serve the defendant within 120 days of the filing of the complaint. Thus, the plaintiff is granted until January 8, 2007 to effect proper service of process on the defendant and file proof of such service with this Court pursuant to Fed. R. Civ. P. 4(l). Failure to comply with this Order may result in the dismissal of the complaint with respect to any defendant who has not been properly served.

**DONE** and **ORDERED** in Orlando, Florida on December 20, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties